# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY GUTZMER,
                    Appellant,
          vs.
WELLS FARGO BANK, N.A.,
                    Respondent.

No. 77238

FILED

APR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion for summary judgment in a quiet title action. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

This court previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that claims remained pending in the district court such that the challenged order was not appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). In response, appellant concedes that the notice of appeal was prematurely filed before resolution of all claims asserted in the district court.

As it does not appear that the order challenged in this appeal is appealable under NRAP 3A(b)(1) and no other statute or court rule appears to authorize this appeal, this court concludes that it lacks jurisdiction, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851

19-17570

(2013) (this court "may only consider appeals authorized by statute or court rule"), and

ORDERS this appeal DISMISSED.

_____ Pickering _____, J.
Pickering

_____ Parraguirre _____, J.

_____ Cadish _____, J.
Cadish


cc:　Hon. Gloria Sturman, District Judge
Ayon Law, PLLC
Akerman LLP/Las Vegas
Eighth District Court Clerk